**FILED**

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0532

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 21-0532

DARRELL LEE CONSTRUCTION, LLC,

      Appellant,

  vs.                                    ORDER

SUPERIOR HARDWOODS AND MILLWORK
INC., d/b/a GRIZZLY FLOORING INSTALLATION,

      Appellee.

_____

      Upon the Mont. R. App. 26(1) Motion for 30-day Extension of Time to File Opening Brief, and with good cause otherwise appearing,

      The Motion is GRANTED. Appellant shall have up to and including October 6, 2022 to file its opening brief.

      DATED this _____ day of September 2022.

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2022